HERMAN W. HAMILTON, Respondent, *v.* UTICA PRODUCTS, INC., Appellant.

(Argued October 14, 1929; decided November 19, 1929.)

*James F. Hubbell* for appellant.

*Moses G. Hubbard, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN and HUBBS, JJ.